$350

PD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MANISHA PATEL<br>9851 Hoff Street<br>Philadelphia, PA 19116<br><br>Plaintiff<br><br>v.<br><br>CARDINAL HEALTH 406, L.L.C.<br>3001 Red Lion Road<br>Philadelphia, PA 19114<br><br>UNITED STEELWORKERS LOCAL NO. 286<br>410-24 N. 8th Street<br>Philadelphia, PA 19123<br><br>Defendants. | : | Civil Action No.<br>08cv 1743<br><br>Philadelphia Court of Common Pleas<br>March Term, 2008<br>No. 000674 |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §1441 *et. seq.*, the defendant, United Steelworkers Local No. 286 ("the Union"), by its undersigned counsel, Spear Wilderman, P.C. and Warren J. Borish, Esquire, hereby give notice of the removal of this action to the United States District Court for the Eastern District of Pennsylvania and in support thereof, states the following:

1. On March 6, 2008, Plaintiff commenced this action in the Court of Common Pleas of Philadelphia County, docketed as No. 000674.

2. On or about March 14, 2008, Plaintiff served a copy of the complaint on the Union.

3. In her complaint, Plaintiff claimed that the Union failed to adequately represent her in her discharge grievance against Defendant, Cardinal Health 406 L.L.C. ("Employer"). Plaintiff also claimed that the Employer terminated her employment in violation of the just cause provision in the contract between the Union and Employer.

4. By alleging that (a) the Union failed to adequately represent her and (b) the Employer wrongfully discharged her in violation of the collective bargaining agreement, Plaintiff's claims constitute a hybrid breach of contract and duty of fair representation action under Section 301 of the Labor

Management Relations Act ("LMRA"), 29 U.S.C. §185.

5. Section 301 of the LMRA establishes federal jurisdiction over hybrid fair representation/breach of contract actions. See Podobnik v. U.S. Postal Serv., 409 F.3d 584, 589 n.5 (3rd Cir. 2005).

6. The U.S. Supreme Court has made clear that suits under Section 301 of the LMRA may be removed from state court to federal district court pursuant to 28 U.S.C. §1441. Boys Market, Inc. v. Retail Clerks Union, Local 770, 398 U.S. 235, 245 n.11 (1970).

7. The Union, therefore, files this Notice of Removal in the United States District Court for the Eastern District of Pennsylvania to remove the above-described action pending in the Court of Common Pleas of Philadelphia County.

8. The Employer has not joined in this Notice of Removal because, according to the Civil Docket Report of the Court of Common Pleas of Philadelphia County, the Employer was not served with process at the time of the filing of this Notice.

9. Copies of all documents, process, and pleadings filed in State Court are attached hereto.

10. This Notice is signed by counsel pursuant to Rule 11 of the Federal Rules of Civil Procedure.

**Respectfully submitted,**

**SPEAR WILDERMAN P.C.**

**BY:**________________________

**WARREN J. BORISH, ESQUIRE**
Attorney ID#: 02664
230 South Broad Street, 14th Floor
Philadelphia, PA 19102
(215) 732-0101
(215) 732-7790 (facsimile)
wb@spearwilderman.com
**Attorneys for Defendant**
United Steelworkers Local No. 286

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Removal has been served this date by first class mail and facismile upon the following:

**William A. Torchia, Esquire**
**Torchia & Kaufmann, L.L.C.**
**1528 Walnut Street, Suite 1220**
**Philadelphia, PA 19102**

**SPEAR WILDERMAN, P.C.**

______________________________
**WARREN J. BORISH**
**Attorney for Defendant**
**United Steel Workers Local No. 286**

Dated: April __11__, 2008

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number): MARCH 2008 000674

| | |
|---|---|
| PLAINTIFF'S NAME<br>Manisha Patel | DEFENDANT'S NAME<br>Cardinal Health 406, L.L.C. |
| PLAINTIFF'S ADDRESS<br>9851 Hoff Street<br>Philadelphia, Pa 19116 | DEFENDANT'S ADDRESS<br>3001 Red Lion Road<br>Philadelphia, Pa 19114 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME<br>United Steelworkers Local No. 286 * |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS<br>410-24 North 8th Street<br>Philadelphia, Pa 19123 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |

TOTAL NUMBER OF PLAINTIFFS: 1

TOTAL NO. OF DEFENDANTS: 2

COMMENCEMENT OF ACTION
- ☑ Complaint
- ☐ Writ of Summons
- ☐ Petition Action
- ☐ Transfer From Other Jurisdictions
- ☐ Notice of Appeal

AMOUNT IN CONTROVERSY
- ☑ $50,000.00 or less
- ☐ More than $50,000.00

COURT PROGRAMS
- ☑ Arbitration
- ☐ Jury
- ☐ Non-Jury
- ☐ Other: ______
- ☐ Mass Tort
- ☐ Savings Action
- ☐ Petition
- ☐ Commerce
- ☐ Minor Court Appeal
- ☐ Statutory Appeals
- ☐ Settlement
- ☐ Minors
- ☐ W/D/Survival

CASE TYPE AND CODE (SEE INSTRUCTIONS)

IC Breach of Contract

STATUTORY BASIS FOR CAUSE OF ACTION (SEE INSTRUCTIONS)

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

IS CASE SUBJECT TO COORDINATION ORDER?

| Yes | No |
|---|---|
| ☐ | ☑ |
| ☐ | ☑ |
| ☐ | ☑ |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: *Manisha Patel*

Papers may be served at the address set forth below.

| | |
|---|---|
| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>William A. Torchia, Esquire | ADDRESS (SEE INSTRUCTIONS)<br>1528 Walnut Street, Suite 1220<br>Philadelphia, Pa 19102 |
| PHONE NUMBER (215) 546-1950 / FAX NUMBER (215) 546-8801 | |
| SUPREME COURT IDENTIFICATION NO.<br>79545 | E-MAIL ADDRESS |
| SIGNATURE<br>*William A. Torchia Esq.* | DATE<br>March 4, 2008 |

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA**

ACTION AT LAW

Plaintiff, **Manisha Patel**

v.

No. MARCH 2008 Term

000674

Defendants, **Cardinal Health 406, L.L.C.**
3001 Red Lion Road
Philadelphia, PA 19114

**United Steelworkers Local No. 286**
410-24 North 8th Street
Philadelphia, PA 19123

USTED ESTA ORDENADO COMPARECER EN ARBITRATION HEARING
1880 JFK BLVD., 5TH FL.
PHILADELPHIA, PA 19103
TIME: 4:30 pm
OCT 29 2008
YOU MUST STILL COMPLY WITH THE NOTICE BELOW.
USTED TODAVIA DEBE CUMPLIR CON EL AVISO PARA DEFENDERSE

THIS MATTER WILL BE HEARD BY A BOARD OF ARBITRATORS AT THE TIME, DATE AND PLACE SPECIFIED BUT; IF ONE OR MORE PARTIES IS NOT PRESENT AT THE HEARING, THE MATTER MAY BE HEARD AT THE SAME TIME AND DATE BEFORE A JUDGE OF THE COURT WITHOUT THE ABSENT PARTY OR PARTIES. THERE IS NO RIGHT TO A TRIAL DENOVO ON APPEAL FROM [illegible] BY A JUDGE.

## NOTICE TO DEFEND AND CLAIM RIGHTS

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.

You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER A ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

COMMUNITY LEGAL SERVICES
1424 CHESTNUT STREET
PHILADELPHIA, PENNSYLVANIA
TELEPHONE: 215-981-3700

ATTEST
MAR 06 2008
D. Savage

AVISO: Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notification. Hace falta asentar una comparesencia escrita o en persona o cun un abogado y entregar a la corte en forma escrita sus defensas o sus objecioines a las demandas en contra de su persona.

Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso or notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCIONSE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA SERVICIO DE REFERENCIA E INFORMACION LEGAL

ONE READING CENTER
FILADELFIA, PENNSYLVANIA 19107
TELEFONO: 215-238-1701

TORCHIA & KAUFMANN, L.L.C.
BY: William A. Torchia, Esquire
1528 Walnut Street, Suite 1220
Philadelphia, PA 19102
215-546-1950
ID No. 79545

**THIS IS AN ARBITRATION MATTER**

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**COMMONWEALTH OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Manisha Patel**<br>Plaintiff | ) | **IN LAW** |
| v. | ) | **NO.**_______________ |
| **Cardinal Health 406, L.L.C.** | ) | **TERM**______________ |
| **United Steelworkers Local No. 286**<br>Defendants | ) | |

**COMPLAINT FOR BREACH OF CONTRACT, COMPENSATORY DAMAGES AND PUNITIVE DAMAGES**

The Complaint of Manisha Patel, by and through its undersigned counsel, William A. Torchia, Esquire, respectfully states that:

1. Plaintiff Manisha Patel resides at 9851 Hoff Street, Philadelphia, Pennsylvania, 19116.

2. Defendant Cardinal Health 406 L.L.C. is located at 3001 Red Lion Road, Philadelphia, Pennsylvania, 19114.

3. Defendant United Steelworkers Local No. 286 is located at 410-24 N. 8th Street, Philadelphia, Pennsylvania, 19123.

4. Plaintiff was employed by Defendant Cardinal Health beginning February 4, 2000.

5. Plaintiff became a member of Defendant United Steelworkers Local No. 286 on or about February 4, 2000.

6. On October 5, 2006, Plaintiff's Supervisor, Richard Walls, and Quality Associate, Pete Sosalski, confronted Plaintiff about improper label procedure.

7. On October 5, 2006, Plaintiff was involved in a verbal altercation with another employee.

8. Plaintiff explained the situation during a meeting with Shop Steward Ken Washington and Defendant Cardinal Health Managers. Plaintiff was sent home and believed she had been temporarily suspended.

9. During the week of October 5 - 12 Plaintiff attempted to contact Defendant Cardinal Health to find out the status of her employment and when she could return to work.

10. On October 12, 2006, Plaintiff called Shift Manager Milt Allen and was told that she had been discharged from her position.

11. Plaintiff was discharged without just cause by Defendant Cardinal Health.

12. Defendant Cardinal Health did not use due regard for principles of progressive discipline as called for in Article XIII, Section 2 of the Master Agreement.

13. Plaintiff had only one (1) warning on her employee record, dated 9/26/2005, more than a year prior to her dismissal and to be disregarded in the progressive discipline procedure according to Article XII, Section 2 of the Master Agreement.

14. On October 12, 2006, Plaintiff filed Grievance Form of Defendant Union Local 2-286. Plaintiff discussed the Grievance with Shop Steward Flora Thompson and presented a petition signed by co-employees addressing Plaintiff's unfair firing and excellent work history.

15. Plaintiff at all times followed the Grievance Procedure as mandated in Article VIII, Section 1 of the Defendant United Steelworkers Local No. 286 Master Agreement.

16. On or about November 1, 2006, Plaintiff met with Defendant Cardinal Health's Representative and Defendant United Steelworkers Local No. 286 Representative but did not reach a satisfactory conclusion.

17. Plaintiff was given one page of a two page E-mail from Miguel Ortiz to Defendant Cardinal Health Managers relaying the incident that resulted in her dismissal. She was given five (5) minutes to read and digest it.

18. Plaintiff speaks and understands English as a second language and could not understand the document or the ramifications of the process within the time allotted. She stated such

to the Union Representative during the meeting.

19. Defendant Union's Representatives neglected their duty in handling this grievance by not allowing adequate time, materials, or translation for Plaintiff to make adequate decisions or explanations.

20. Plaintiff was denied due process and arbitration in compliance Article VIII, Section 1 of the Master Agreement provided by Defendant United Steelworkers Local No. 286.

21. Plaintiff did not receive adequate representation by Defendant United Steelworkers Local No. 286.

22. At time of discharge from Defendant Cardinal Health, Plaintiff was earning $14.50 per hour as a Line Manager.

23. Plaintiff thereafter worked at various temporary positions before finding permanent employment and currently earning $11.00 per hour.

24. Plaintiff has suffered earnings losses of approximately $18,000.00.

25. As a result of Defendant Cardinal Health Services unjust discharge and Defendant United Steelworkers Local's inadequate representation, Plaintiff continues to suffer a loss of earnings and a negative work history.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court ORDER 1) her reinstatement of employment, 2) full compensation for all monetary losses accrued resulting from her separation in violation of her due process, as guaranteed within Defendants' contracts, and 3) and appropriate punitive damages.

Date 5 March '08

William A. Torchia, Esquire
TORCHIA & KAUFMANN, L.L.C.

**VERIFICATION**

I, William A. Torchia, Esquire, movant herein, verify that the statements made in this motion are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa. Cons. Stat. § 4904 relating to unsworn falsification to authorities.

Date: 3/4/08

William A. Torchia, Esquire

**VERIFICATION**

I, (Print Your Name) MANISHA Patel, upon my personal knowledge, information, and belief, verify that I have reviewed the foregoing, and that the facts set forth therein are true and correct. I understand that false statements therein are made subject to the penalties of 18 Pa. C.S. §4904 of the Pennsylvania Criminal Code, under the Criminal Code, relating to unsworn falsification to authorities.

DATE: 3/4/08 SIGNATURE: Manisha Patel

# EXHIBIT A

Copy of Grievance Form

# PACE Local 2-286 Grievance Form

Date 10-12-06 Employer Cardmol Hotuth.

Member's Name mamBha Patel

Member's Address 9851 HOFF St.

Phone Number 215-676-4821 Date of Hire 2-4-00

Job Classification L.L. Department

Type of Grievance

✓ Discharge Date 10-12-06 ___ Wage Claim Date ___

___ Suspension Date ___ ___ Work Conditions Date ___

___ Warning Letter Date ___ ___ Other Date ___

Has grievance been discussed with the supervisor? Yes (No)

~~If Yes, Date~~ ___

If No, State reason ___

Has grievance been discussed with the shop steward? (Yes) No

If Yes, Date ___

If No, State reason ___

Shop Steward's Name FLORA Thompson

Supervisor's Name ___

Witnesses' Name(s) Susy - marlin, Nilda

(If Applicable) ___

Contract Articles Violated: ___

Facts of the Case: Terminet for Fighing in the Room. I was miss

Solutions Asked: I want my job beke

Steward's Signature Flora Thompson Member's Signature mamBha Patel

# EXHIBIT B

## Employee Petition

To: Whom it may concern,

We the employees of 2nd shift at Cardinal Health Clinical Services, we are doing this petition to have Manisha Patel back to her job. We feel that she was being unjustly and unfairly treated. She is an excellent employee had perfect attendance and always willing to work the extra hours. We as a group feel that they should take this into consideration. Since this was her first incident here at clinical, she never been in any kind of problems in the past. She has been working in this company (7) seven years. We feel we should give her another chance. Although the actions that were taken, in this particular incident was not justice enough for Manisha Patel to get terminated without a warning.

Thank you for your time and consideration, hope this matter can be resolved promptly.

1. Carmen Y. Alvarado
2. Aurea N. Gonzalez
3. Janet Liceaga
4. Darlene Buonfiglio
5. Wanda I Vazquez
6. Liz Thomas
7. Lissiamma John
8. Dennis F Buonfiglio
9. Cheulilyati Chandra
10. Beena Baby
11. [illegible]
12. Mike Rodgers
13. Richard Donald
14. Olga Rosado
15. Susy George
16. Marilyn Rios

16. Mario J Gonzalez
17. [illegible]
18. Ragini Rao
19. Maria Cedeno
20. Sefedin Pallaku
21. Desi Saunders
22. George Varghese
23. Robert Nathan
24. Nick Barbon
25. Asim Shaikh
26. Alicia Rodriguez
27. Renee B Thomas
28. Blanca D. Pena
29. Stephen McKenna
30.

13.
14
15.